981 A.2d 1278

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Malcolm GANTZ, Petitioner.**

**No. 106 EM 2009.**

Supreme Court of Pennsylvania.

Sept. 9, 2009.

## ORDER

PER CURIAM.

**AND NOW,** this 9th day of September, 2009, the Petition for Allowance of Appeal *Nunc Pro Tunc* is **GRANTED.** *See* Pa.R.Crim.P. 122(B) (defendant has a right to a counsel-filed

Petition for Allowance of Appeal). Counsel is directed to file a Petition for Allowance of Appeal within 30 days of this order.